# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CRISSIE LEE MEDLIN**                                                                                      **PLAINTIFF**

**VS.**                                            **No. 4:19-cv-00662 PSH**

**ANDREW SAUL,** Commissioner,
    **Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE